**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **LONESTAR TECHNOLOGICAL INNOVATIONS, LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**ACER INC. and ACER AMERICA CORPORATION,**<br><br>**Defendants.** | Civil Action No. 6:15-cv-00973-JRG-JDL<br><br>LEAD CASE<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS ACER INC. AND ACER AMERICA CORPORATION'S NOTICE OF COMPLIANCE WITH P.R 4-1

Pursuant to Court's May 16, 2016 Docket Control Order (Dkt. No. 27), Defendants Acer Inc. and Acer America Corporation, hereby file this notice confirming that they have complied with said Order and served their P.R. 4-1 (Exchange Proposed Claim Terms) on Plaintiff on July 7, 2016 *via* electronic mail.

Dated: July 7, 2016          Respectfully submitted,

By: */s/ Brian Craft*
Brian Craft (Bar No. 04972020)
bcraft@findlaycraft.com
Eric H. Findlay (Bar No. 00789886)
efindlay@findlaycraft.com
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, Texas 75702
Tel. (903) 534-1100
Fax (903) 534-1137

Michael C. Ting (admitted to E.D. Tex.)
California Bar No. 247610
Ken K. Fung (admitted to E.D. Tex.)

California Bar No. 283854
Fatima S. Alloo (admitted to E.D. Tex.)
California Bar No. 283694
TECHNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Tel: (650) 517-5200
Fax: (650) 226-3133
mting@tklg-llp.com
kfung@tklg-llp.com
falloo@tklg-llp.com

*Counsel for Defendants Acer Inc. and Acer America Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2016, all counsel of record who have consented to electronic service are being served with a copy of this document *via* the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　*/s/ Brian Craft*
　　　　　　　　　　　　　　　　　　　　Brian Craft